RECEIVED

APR 29 2019

AT 8:30_____M
WILLIAM T. WALSH
CLERK

Ivan G. McKinney #600132/
New Jersey State Prison
P.O. Box 861
Trenton, NJ 08625

United States District Courthouse
Attn. Hon. Judge Freda Wolfson U.S.D.J.
402 E. State Street
Trenton, N.J. 08625

McKinney v. Fitzgerald
etal 3:18-cv-12987
FLW-LHG

Dear Hon. Judge Wolfson:    04-24-19

I have sent my documents to show cause.
I recieved a document from this Court dated
04-18-19, telling me my documents to show
Cause was recieved. I am enclosing my
Grievence that I filed on the 03-28-15
incident in the above captioned matter.
I believe this grievene is critical for my
best evidence in that portion of the
Several claims filed. Also, you will see from
this grievence the institution failed to identify
the officer name John Doe in the matter.
Thank You so much!

Sincerely Yours,
Ivan McKinney

Form IRSF-100

**NEW JERSEY DEPARTMENT OF CORRECTIONS**
(DEPARTAMENTO DE CORRECCIONES DE NUEVA JERSEY)

NJSP-007262

**INMATE GRIEVANCE**
(QUEJAS DE LOS RECLUSOS)

**You must file a formal grievance within 14 business days of the unsuccessful outcome of an informal complaint.**
Did you file an informal complaint about this issue? Yes ☒ No ☐ If so, with whom? Grievance Cordinator Date: 03-28-15
Please attach a copy of the Inmate Inquiry Form indicating that you attempted to resolve this complaint.

PART (PARTE 1)
INMATE'S NAME (NOMBRE): Ivan McKinney   SBI NUMBER (NUMERO DE SBI): 255755C   DATE (FECHA): 05-17-15

INSTITUTION: N.J.S.P   HOUSING UNIT: 6-L
(INSTITUCION)   (UNIDAD DE VIVENDA)

****PLEASE RETAIN PINK COPY FOR YOUR RECORDS

**TYPE OF GRIEVANCE** (Only Check one box)
TIPO DE SOLICITUD (SOLO UNA CASILLA)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **ADA** | ☐ | **Custody** | ☒ | **Mailroom** | ☐ | **SID** | ☐ |
| **Administrative Offices** | ☐ | **Education** | ☐ | **Medical/Dental/Mental Health** | ☐ | **Social Services** | ☐ |
| **Business Office** | ☐ | **Food Service** | ☐ | **Parole** | ☐ | **Visits** | ☐ |
| **Classification** | ☐ | **Law Library** | ☐ | **RCRP/Comm Programs** | ☐ | | |

State Your Grievance (Who, What, Where & When): You are way over your 15 day dealine
to respond regarding my 03-28-15 sexual Assault search allegation
regarding OFF. John Doe. And the retalitory search done by Sgt.
Fitzgerald, OFF. Smalls, and Forbes. You have not giving me the
idenity of OFF. John Doe neither. I request a response
right away because your already late. Thank You!
And for the record OFF. Smalls continue to retaliate in the Rotunda by having
other officers target searches. I invoke my right against further retaliation.

PART (PARTE 2): No action taken on this form. DOC Redirection form issued with paragraph(s)#_____ marked.
[No se tomó ninguna medida en este formulario. Se proveyó el formulario de DOC Redirection Form con el (los) párrafo(s)#_____ indicado(s).]

CASE NUMBER: 15 05 0138.
(NUMERO DEL CASO)   YEAR [AÑO]   MONTH [MES]   CASE NUMBER [NUMERO DE CASO]

RECEIVED BY: AM   DATE FORWARDED TO DEPT: 5/8   DEPARTMENT: SID
(RECIBIDO POR)   (FECHA EN QUE SE ENVIO AL DEPARTAMENTO)   (DEPARTMENTO)

PART (PARTE 3) STAFF RESPONSE AREA (AREA DE RESPUESTA DEL PERSONAL):
Your allegation is being looked
into by SID

STAFF SIGNATURE (FIRMA DEL PERSONAL)   5/26/15   SIGNATURE OF ADMINISTRATIVE DESIGNEE   Campos   5/28/15
DATE (FECHA)   (Firma del La Persona Administrativa Correspondiente Designado Por El)   DATE (FECHA)

PART (PARTE 4) INMATE'S ADMINISTRATIVE APPEAL INFORMATION (INFORMACIÓN DE APELACION ADMINISTRATIVA DEL CONFINADA):
I will await a response from you once SID
makes its determination.

ADDITIONAL ATTACHMENTS:_____
(DOCUMENTOS ADJUNTOS ADICIONALES)   INMATE'S SIGNATURE (Firma Del Confinado)   Ivan McKinney   DATE (FECHA)   06-07-15

PART (PARTE 5)   DATE APPEAL RECEIVED   DATE APPEAL RETURNED
(FECHA EN QUE SE RECIBIO LA APELACION)   (FECHA EN QUE SE DEVOLVIO LA APELACION)

APPEAL DECISION AND ADMINISTRATOR'S COMMENTS   ☐ UPHELD (CONFIRMADA)   ☐ MODIFIED (MODIFACADO)   ☐ DENIED (NEGADA)
NOTED.

ADMINISTRATOR'S SIGNATURE (FIRMA DEL ADMINISTRADOR)   Campos   6/9/15   DATE (FECHA)

Distribution: **(Original)** [Original] **Department of Corrections Request / Remedy File Copy** [Copia del Archivo de Petición / Remedio del Departamento de Correcciones]
[Distribución] **(Yellow)** [Amarillo] **Inmate's Copy (Original / and if required Appeal answer)** [Copia del Confinado (Original/ si se require la Contestación de Apelación)]
**(Pink)** [Rosado] **Inmate's Copy** [Copia del Confinado]

CC: Jeffrey Steinfeld Esq   Marios Lorra Esq   PREA Federal /State Office
Steven Deretch Esq.   Bonnie Watson Coleman

As I was Walking away I said to the officer, "Why did you touch me inappropriately like that. He looked with like a chuckle on his face and his hand over his name badge. Two seconds after that I said "Sgt Fitzgerald can I talk to you, I said "This officer touch me inappropriately" Sgt. Fitzgerald said " I will show you inappropriately go sit your ass on the Chapel Stairs so we can strip you down." About 2 minutes after I sat on the chapel stairs OFF. Smalls and OFF. Forbes and Sgt. Fitzgerald Strip me down naked. While I was stripping down the Sgt continued to taunt me. He said "How long you been here in the building and how many people have searched you". I said "I have been here for almost 2 years, and I don't know how many people have searched me." Sgt Fitzgerald said "Why does your state # start with a 6 how your only here 2 years". He said "You just except the searches you hear me." I said "I have did Security for years and I come from a family of cops." And this search was inappropriate and Sexual. I said "Sgt. Why are you Stripping me naked for complaining about your officer touching me in a Sexual manner". I said " This is cruel and unusual punishment that you are stripping me for being Sexually assaulted. I told him I ask the officer why he did it, but he did not respond. "So I told you as a supervisor what happen" I was distraught at that point. To add insult to injury several other

officers came up to the chapel. OFF. Jones, and another OFF. John Doe, Sgt. Lindsey, and Sgt. Lindsey was very aggressive for no reason. OFF. Jones and another OFF. John Doe Stood by quitely. Sgt. Fitzgerald told me you can go to church now. I was about to walk that way but I was to distraught to go to church after that ordeal. So when I got back to 6-L the area Sgt. asked "Where do you lock." I told him cell 44 and very nastily he said "You better get there." When I left the Rotunda area Lt. John Doe said real nastily "Just go back." Instead of him as a supervisor talking to me about being Sexually assaulted. OFF. John Doe Sexually assaulted me and these supervisors added insult to injury. A. I was subject to Sexual Assault B. I was again Sexually Assaulted by being stripped naked for complaining about a Sexual Assault. C. I was taunted and retaliated against by Sgt. Fitzgerald along with being subject to cruel and unusual punishment. D. I was violated by Sgt. Lindsey Lt. John Doe Sgt. Fitzgerald, and off. for not treating me like a victim as a oppose to a Perpatrator. E. The area Sgt. John Doe response to me was not a way to treat a victim. I was subject to Sexual Assault, retaliation, humiliation, cruel and unusual Punishment, harassment and etc. I made a constitutionally protected complaint of Sexual Assault and all officers Sgt's Lt's except OFF. Jones and another OFF. John Doe violated my civil Rights. At this time I invoke my right to be free from any

⑤

retaliation Such as: Cell searches, cell moves, Harassment by Custody, deprivation of certain freedoms protected by Law. Cruel and unusual Punishment such as placing me in a 2 Man Cell as punishment for making this complaint. I invoke my 1st 8th and 14th Amendments and etc.. Such arbitrary Capricious and Rogue practices are unlawful not within the spirit of State and Federal Laws. And as a matter of Law amounts to a violation of State and Federal law (NJ Const. Article 1, Par5; US Const. 8th amendment prohibition against Cruel and unusual Punishment; U.S. Const 14th amend right to equal protection of the Law). N. J. A.C.) N.J.AC. 10A: 4-3 1 (A) (4) Creates a protected State created liberty interest right. A liberty interest right can arise from the U.S. Constit ution or State Statues or regulations, i.e. N.J. A.C. ( New Jersey administrative Code) Which trigger a right and entitlement which cannot be taken away without affor ding due process. Hewitt v. Helms 453 U.S. 460 (1983) These officers must be retrain ed and come in compliance with N. J. A. C. 10A: 4-3.1 (A) (1); Corrections officers Professional Code of Conduct which mandates that "Officers maintain the highest degree of Professionalism and self Control at all times". Pursuant to article II, Section 4. I'm invoking my 1st amendment right U. S. Const. right to Free from any reprisal or retalitory action by staff collogues or Prison offic ials for exercising this constitutionally

④

Protected Conduct. As a matter of Law Prisoner's complaints be it oral or written complaints are protected by the 1st and 14 amendment of the U.S. constitution. And must be free from retaliation or being penalized for excercising such rights. Peerson v. Welborn 471 F.3d 732 (7th circuit 2006); Grenning v. Bisson 382 Fed. Appx. 574 (9th circuit 2010) Reprisal in the sense of arbitrary, Capricious, unlawful harrasment, discrimination, business official misconduct, official oppression, unprofessionalism, unlawful searches of person or property unlawful or mis handling or distruction Confiscation of personal property, illegal and or relocation, Wrongful and unlawful termination of institutional Job assignment, Falsifying of disiplinary reports, deprivation of any rights, privledges or arbitrary, Capriciously without any legitimate penological interest, Creative of a hostile enviroment for this reporting inmate, etc., Sgt Fitzgerald told me "I will just say I felt like you may have had something you were hiding because you complained to me. I complained after the search was over, If I had anything why bring light to myself. I was complaining of being Sexually assaulted thats it. Sgt. Lindsey created a hostile enviroment when he came to the chapel area aggresive. Both Lt. John Doe and Sgt. Fitzgerald etc. refused to give me John Does name. Sgt. Fitzgerald said "Ask the officer, but this officer had vanished. I want the tape pulled and a full investigation and I want to see SID notified immediately. I need to I D John Doe

CC:
Steven Deach
Jeffrey Steinfeld Esq
Marcos Lorraa Esq
Congress Woman
Bonnie Watson Coleman
Commisioner Gary Lanigan
Senator Shirley Turner
Rev. Al Sharpton
NAN
Umbudsman Office
Major Glenis Lewis
Senator Barbara Buono

(5)

Ivan G. M<sup>c</sup> Kinney #601321
N. J. S. P.
P. O. Box 861
Trenton, NJ 08625

United States District Court
Attn. Hon. Judge Freda Wolfson U.S.D.J.
402 E. State Street
Trenton, NJ 08625

04-24-19

John 3:16
Legal - Mail